CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market St., Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5045
    Jeff.nedrow@usdoj.gov

Attorneys for United States of America

FILED

Sep 22 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY WATTS,<br><br>    Defendant. | CASE NO. CR 25-71146-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about September 22, 2025 the above-named defendant was taken into custody pursuant to an arrest warrant (copy attached) issued upon a

    ☐    Indictment

    ☐    Information

    ☐    Criminal Complaint

    **X**    **Form 12 Petition (Violation of Supervised Release)**

pending in the Eastern District of California, Case Number 2:23-CR-00281-KJM.

In that case (copy of warrant to revoke supervised release attached), the defendant is alleged to have violated 18 U.S.C. § 3583(e)(3), violation of terms of supervised release.

The maximum penalties are as follows:

- Two years imprisonment, pursuant to 18 U.S.C. § 3583(e)(3)
- Up to three years supervised release, less any custody imposed upon revocation, pursuant to 18 U.S.C. § 3583(h)

                                              Respectfully Submitted,

                                              CRAIG H. MISSAKIAN
                                              UNITED STATES ATTORNEY

Date: September 22, 2025                    s/ Jeff Nedrow
                                              JEFFREY D. NEDROW
                                              Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Jeffrey Watts | **Docket Number:** | 0972<br>2:23CR00281-001 |

**Name of Judicial Officer**:   Senior United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   1/29/2015 (ND/TX)

**Original Offense:** 18 U.S.C. § 1343 - Wire Fraud  **(CLASS C FELONY)**

**Original Sentence:** Seventy-eight (78) months in the custody of Bureau of Prisons; Three (3) years Term of Supervised Release; Mandatory Drug Testing; No Firearms; DNA Collection; $100 Special Assessment; and Restitution in the amount of $4,636,643.00.

**Special Conditions:**

1. Employer Restrictions

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   04/13/2018
**Date Supervision Recommenced:**   01/09/2023
**Other Court Actions:**

| | |
|---|---|
| **04/27/2018**: | Prob 12B- Petition to Modify Conditions of Supervised Release was filed in The Northern District of Texas. The modification requested the addition of a substance abuse treatment and testing condition to deter Mr. Watts from illicit substance use. The Court agreed. |
| **07/11/2019**: | Prob 12A- Report on Person Under Supervision was filed in the Northern District of Texas, due to Mr. Watts' failure to pay restitution.  No action was requested by the officer and the Court agreed. |
| **02/13/2020**: | Prob 12A- Report on Person Under Supervision was filed in the Northern District of Texas. The petition cited a new law violation; failure to pay restitution; failure to participate in a treatment program, failure to refrain from the excessive use of |

RE: **Jeffrey Watts**                                              Docket Number: 0972 2:23CR00281-001

|  |  |
|---|---|
|  | alcohol, and failure to report law enforcement contact within seventy-two (72) hours. No action was requested by the officer and the Court agreed. |
| **03/02/2020**: | Prob 12C- Petition for Warrant for Offender Under Supervision was filed in the Northern District of Texas citing Charge 1) Failure to participate in a treatment program; Charge 2) Failure to refrain from excessive use of alcohol; Charge 3) Failure to pay restitution. A warrant was issued by Senior U.S. District Judge Terry Means. |
| **08/03/2020**: | Prob 12C- Superseding Petition for Offender Under Supervision was filed in the Northern District of Texas citing additional charges to include: 4) Unauthorized travel; and 5) Failure to report to the Probation Officer as instructed. |
| **09/11/2020**: | Initial Appearance held before United States Magistrate Judge Jeffrey Cureton. Mr. Watts was ordered detained pending disposition of the case. |
| **09/22/2020:** | Revocation Sentence: 4 months custody in Bureau of Prisons; 24 months Supervised Release; Mandatory Drug Testing; No Firearms; DNA Collection. Special Conditions: Pay restitution in the amount of $4,636,643.00; Do not be employed, affiliated with, own, or control, or otherwise participate, directly or indirectly, in the business of investments, or investment-related occupations, without probation officer approval; Inpatient or Outpatient drug treatment program. |
| **10/05/2020:** | Memorandum Opinion and Order was filed by Judge Terry R, Means in the Northern District of Texas.  The memo vacated Mr. Watts 4-month custodial term based on his misrepresentation to the Court that he had a job opportunity waiting for him upon release, which is the only reason he received a 4-month custody sentence. The Court found Mr. Watts' lies constituted fraud on the Court that resulted in clear error under Rule 35(a).  His sentence was vacated. |
| **10/06/2020**: | Revocation Sentence: Supervised Release revoked; Nine (9) months in the Bureau of Prisons; 24 months Supervised Release; Mandatory Drug Testing; No Firearms; DNA Collection.  Special Conditions: Pay restitution in the amount of $4,636,643.00; Do not be employed, affiliated with, own, or control, or otherwise participate, directly or indirectly, in the business of investments, or investment-related occupations, without probation officer approval; Inpatient or Outpatient drug treatment program. |
| **01/09/2023:** | Supervised Release Re-Commenced. |
| **11/01/2023**: | Jurisdiction transferred to the Eastern District of California from the Northern District of Texas. |
| **11/20/2023**: | Prob 12A- Report on Person Under Supervision was filed, due to Mr. Watts' failure to pay restitution.  No action was requested by the officer and the Court agreed. |

| | |
|---|---|
| RE: **Jeffrey Watts** | Docket Number: 0972 2:23CR00281-001 |

**05/16/2024**:  Prob 12A- Report on Person Under Supervision was filed, due to Mr. Watts' failure to pay restitution and failure to obey the directive of the probation officer. No action was requested by the officer and the Court agreed.

---

## PETITIONING THE COURT

☒  **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**    **Nature of Violation**

**Charge 1:**         **NEW LAW VIOLATION**

On May 22, 2020, Mr. Watts was arrested by the Utah Transit Authority Police Department and charged with Theft of Services, Obstruction of Justice- False Information, Fail to Stop at Command of Law Enforcement, and Possession of Another's Identifying Documents. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state, or local crime."*

**Charge 2:**         **NEW LAW VIOLATION**

On November 23, 2021, Mr. Watts was convicted of Burglary (Felony) and Unlawful Use of Personal Identifying Information (Felony), by the Placer County Superior Court. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state, or local crime."*

**Charge 3:**         **FAILURE TO PAY RESTITUTION**

Mr. Watts failed to make restitution payments from July 2024 to October 2024. This is in violation of an Additional Condition which states, *"Pay any remaining balance of restitution in the amount of $4,636, 643.00."*

**Charge 4:    FAILURE TO OBEY THE INSTRUCTION OF THE PROBATION OFFICER**

On October 30, 2023, July 1, 2024, July 17, 2024, and September 6, 2024, I directed Mr. Watts to pay his restitution monthly. Mr. Watts failed to make restitution payments from July 2024 to

RE: **Jeffrey Watts**                                                                 **Docket Number:** 0972 2:23CR00281-001

October 2024. This is in violation of Standard Condition Number 3 which states, *"Answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."*

**Charge 5:**       **FAILURE TO LIVE IN AN APPROVED RESIDENCE**

On August 29, 2024, A home visit was conducted to the Hampton Inn & Suites South Lake Tahoe. The receptionist informed me that the room Mr. Watts reportedly stayed in had been vacant since August 19, 2024. Mr. Watts failed to inform me of his change in residence within seventy-two hours. This is in violation of Standard Condition Number 6 which states, "*Notify the probation officer within seventy-two (72) hours of any change in residence or employment."*

**Charge 6:**       **FAILURE TO NOTIFY PROBATION OFFICER OF POLICE CONTACT**

On September 6, 2024, Mr. Watts was questioned by an El Dorado County Sheriff's Deputy and failed to inform me of the law enforcement contact. This is in violation of Standard Condition Number 11 which states, "*Notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.*"

**Charge 7:**       **FAILURE TO REPORT TO THE PROBATION OFFICER**

Mr. Watts failed to report for scheduled office visits on October 16, 2024, November 4, 2024, and November 6, 2024. This is in violation of Standard Condition Number 2 which states, *"Report to the probation officer in a manner and frequency directed by the court or probation officer."*

**Justification:**   After completion of his revocation sentence, Mr. Watts was transferred to the California Department of Corrections on December 10, 2021, to dispose of state charges. Mr. Watts commenced his second term of supervised release on January 9, 2023, under the supervision of the Northern District of Texas.  On March 31, 2023, the Eastern District of California accepted supervision of his case.

On May 1, 2020, Mr. Watts was a burglary suspect in Auburn, California. On November 23, 2021, Mr. Watts was convicted of Burglary (Felony) and Unlawful Use of Personal Identifying Information (Felony) and was sentenced to 16 months imprisonment by the Placer County Superior Court.  The new law violation was not a part of his October 7, 2020, revocation hearing in Northern District of Texas because he had not yet been charged.

On May 22, 2020, Mr. Watts was arrested by the Utah Transit Authority Police Department and was charged with Theft of Services, Obstruction of Justice- False Information, Fail to Stop at Command of Law Enforcement, and Possession of Another's Identifying Documents. On September 4, 2024, I received a telephone call from Sergeant Watanabe, and he informed me that

| | |
|---|---|
| RE: **Jeffrey Watts** | **Docket Number: 0972 2:23CR00281-001** |

Mr. Watts has an active non-extraditable bench warrant for the above-noted charges. The new law violation was not a part of his October 7, 2020, revocation hearing in Northern District of Texas because he had not yet been charged.

I instructed Mr. Watts to pay restitution on October 30, 2023, July 1, 2024, July 17, 2024, and September 6, 2024. Mr. Watts failed to follow my instructions and did not make payments from July 2024 to October 2024.

On August 29, 2024, I conducted a home visit to the Hampton Inn & Suites South Lake Tahoe where Mr. Watts stated he was living at the time. I spoke with the receptionist, and she informed me that the room Mr. Watts reportedly stayed in had been vacant since August 19, 2024. Mr. Watts failed to inform me of his change in residence within the mandated 72 hours. He is reportedly homeless and has exhibited difficulty maintaining telephone service.

On September 6, 2024, I contacted the El Dorado County Sheriff's Office via telephone. The representative informed me that Deputy Thomas contacted Mr. Watts at 3067 Sacramento Avenue, South Lake Tahoe, California. She stated that the Deputy was there to search the home and ran his name for a warrant search. Mr. Watts failed to inform me of the law enforcement contact.

Office visits were scheduled with Mr. Watts on October 16, 2024, November 4, 2024, and November 6, 2024, to address his noncompliance and help him secure housing. Mr. Watts failed to report to the scheduled office visits.

Mr. Watts was previously revoked from United States Probation. Two of the charges from his prior revocation of supervised release mirror charges alleged in this petition, to include failure to pay restitution, and failure to report to the probation officer.

**Detention:** Mr. Watts whereabouts are unknown, and it has been difficult to contact him due to lack of telephone service. He has missed several office visits and failed to make himself available for supervision, thus, making him a flight risk. The new law violations listed in this petition present him as a danger to the community. It is respectfully recommended that he be detained due to risk of flight and being a danger to the community.

RE: **Jeffrey Watts**                                    **Docket Number: 0972 2:23CR00281-001**

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   **November 19, 2024**
                   **Roseville, California**
                   **DW/AH**

Respectfully submitted,

**David E. Watson**
**United States Probation Officer**
Telephone: 916-517-5472

**DATED:** 11/19/2024

Reviewed by,

**Tanisha M. Sanford**
**Supervising United States Probation Officer**

RE: Jeffrey Watts                                            Docket Number: 0972 2:23CR00281-001

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant pending hearing. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

DATED: November 21, 2024.

_____
UNITED STATES DISTRICT JUDGE

CC:
United States Probation
Assistant United States Attorney: To be assigned
United States Marshal Service

RE: **Jeffrey Watts**                                    **Docket Number: 0972 2:23CR00281-001**

# STATEMENT OF EVIDENCE OF ALLEGED

# SUPERVISED RELEASE VIOLATIONS

Honorable Kimberly J. Mueller
Senior United States District Judge
Sacramento, California

                             RE:     **Watts, Jeffrey**
                                     **Docket Number: 0972 2:23CR00281-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

    **Charge 1:**        **NEW LAW VIOLATION**

        a.    Evidence:
                a.    Utah Transit Authority Police Department Police Report (Incident # 20011231).
        b.    Witnesses:
                a.    Utah Transit Authority Police Sergeant Watanabe.

    **Charge 2:**        **NEW LAW VIOLATION**

        a.    Evidence:
                a.    Placer County Sheriff Police Report (Report # SO20-4171).
        b.    Witnesses:
                a.    Placer County Sheriff Detective Carlton.

    **Charge 3:**        **FAILURE TO PAY RESTITUTION**

        a.    Evidence:
                a.    Northern District of Texas Summary of Criminal Debts Report.
        b.    Witnesses:
                a.    United States Probation Officer, David Watson.

RE: **Jeffrey Watts**                                              **Docket Number: 0972 2:23CR00281-001**

### Charge 4: FAILURE TO OBEY THE INSTRUCTION OF THE PROBATION OFFICER

a. Evidence:
   a. Northern District of Texas Summary of Criminal Debts Report.
b. Witnesses:
   a. United States Probation Officer, David Watson.

### Charge 5: FAILURE TO LIVE IN AN APPROVED RESIDENCE

a. Evidence:

   a. None.
b. Witnesses:

   a. United States Probation Officer, David Watson.

### Charge 6: FAILURE TO NOTIFY PROBATION OFFICER OF POLICE CONTACT

a. Evidence:
   a. None.
b. Witnesses:
   a. United States Probation Officer, David Watson.

### Charge 7: FAILURE TO REPORT TO THE PROBATION OFFICER

a. Evidence:
   a. None.
b. Witnesses:
   a. United States Probation Officer, David Watson.

RE: **Jeffrey Watts**  **Docket Number: 0972 2:23CR00281-001**

Respectfully submitted,

*David E. Watson*

**David E. Watson**
**United States Probation Officer**
Telephone: 916-517-5472

**DATED:** 11/19/2024
Roseville, California

Reviewed by,

**Tanisha M. Sanford**
**Supervising United States Probation Officer**

RE: **Jeffrey Watts**                                   Docket Number: 0972 2:23CR00281-001

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Jeffrey Watts                **Docket Number:** 0972  2:23CR00281-01

**Date of Original Offense:** December 1, 2013

**Original term of supervised release imposed:** 3 years

**Highest grade of violation alleged:** Grade B

**Criminal History Category of person under supervision:** I

**Original guideline range:** 97 to 121 months

**Chapter 7 range of imprisonment:** 4 to 10 months

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒    Class C and/or D felony - 2 years

**Violation requires mandatory revocation:  YES:** ☐   **NO:** ☒

<u>**Original offense committed on or after 04/30/2003**</u>:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

USA,

Case No: 2:23−CR−00281−KJM

v.

JEFFREY WATTS,

## WARRANT FOR ARREST

USMS SACRAMENTO RCVD
NOV 21 2024 AM 11:58

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Jeffrey Watts

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**Violation of Supervised Release**

in violation of Title __18__ United States Code, Section(s) __3606__

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 11/21/24     Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at __NO BAIL__   by   **Senior District Judge Kimberly J. Mueller**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| | |
|---|---|
| _____ | _____ |
| Date Received | Name and Title of Arresting Officer |
| _____ | _____ |
| Date of Arrest | Signature of Arresting Officer |